

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00161-CV

| | | |
|---|---|---|
| Rolling Plains Management Corporation of Baylor, Cottle, Foard, Hardeman, and Wilbarger Counties d/b/a Sharp Lines Rural Public Transportation | § | From the 78th District Court |
| | § | of Wichita County (177,908-B) |
| v. | § | March 20, 2013 |
| Patricia Hobbs, Administratrix of the Estate of Patty Blackburn, Deceased | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Rolling Plains Management Corporation of Baylor, Cottle, Foard, Hardeman, and Wilbarger Counties d/b/a Sharp Lines Rural Public Transportation shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker